IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE LYNN DAVIS,

       Plaintiff,

  v.

ANDREW SAUL, Commissioner of Social
Security,

       Defendant.

CIVIL ACTION
NO. 20-454

## ORDER

**AND NOW**, this   11th   day of March, 2021, upon consideration of Plaintiff's

Request for Review and Defendant's Response thereto, as well as the record therein, and

after review of the Report and Recommendation of United States Magistrate Judge Lynne

A. Sitarski, and after review of Plaintiff's objections to the Report and Recommendation

and Defendant's response thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and

3. Judgment shall be entered in favor of Defendant.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.